# Court of Appeals
# of the State of Georgia

ATLANTA,___April 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0271.   SOUTHERN STATES-BARTOW COUNTY, INC., et al. v. RIVERWOOD FARM PROPERTY OWNERS ASSOCIATION, INC., et al.**

Southern States-Bartow County, Inc., et al., defendants in the case below, seek appellate review of an order granting partial summary judgment to the plaintiffs and holding that an earlier court order, "the 1994 order," does not apply to Southern States's more recent zoning applications. The applicants indicate that they have filed both a notice of direct appeal and, out of an abundance of caution, this application for discretionary review.[1]

The trial court's order is directly appealable pursuant to OCGA § 9-11-56 (h). Although this case concerns zoning matters, it is not an appeal from a zoning decision. Accordingly, the discretionary appeal procedures of OCGA § 5-6-35 (a) (1) do not apply. See *Mid-Georgia Envtl. Mgmt. Group, L. L. L. P. v. Meriwether County*, 277 Ga. 670 (1) (594 SE2d 344) (2004).

Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). In this case, however, it appears that the applicants have already filed a notice of appeal from the trial court's order. Accordingly, this application is superfluous, and it is therefore DISMISSED.

---

[1] The applicants filed their application in the Supreme Court, which transferred the matter here. The Supreme Court has also transferred the applicants' direct appeal to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/03/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*